```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 24130
   YVONNE ROBINSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-7434

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/21/2007 and was confirmed 02/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 05/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL      UNSEC W/INTER      947.17          .00            .00
WELLS FARGO FINANCIAL      UNSEC W/INTER     1024.49          .00            .00
MB FINANCIAL               CURRENT MORTG        .00           .00            .00
MB FINANCIAL BANK          CURRENT MORTG        .00           .00            .00
FIA CARD SERVICES          UNSEC W/INTER     8575.35          .00            .00
HOUSEHOLD BANK             UNSEC W/INTER      287.89          .00            .00
FIA CARD SERVICES          NOTICE ONLY    NOT FILED           .00            .00
FIFTH THIRD BANK           UNSEC W/INTER     1619.30          .00            .00
SEARS GOLD MASTERCARD      UNSEC W/INTER  NOT FILED           .00            .00
TARGET NATIONAL BANK       UNSEC W/INTER     2568.78          .00            .00
WELLS FARGO FINANCE        UNSEC W/INTER  NOT FILED           .00            .00
FIA CARD SERVICES          UNSEC W/INTER     8077.67          .00            .00
WELLS FARGO FINANCE        UNSEC W/INTER  NOT FILED           .00            .00
WELLS FARGO FINANCIAL BA   UNSEC W/INTER      743.73          .00            .00
MB FINANCIAL               SECURED NOT I   10007.24           .00            .00
JENNIFER A BLANC DOUGE     DEBTOR ATTY      2,925.00                     1,030.40
TOM VAUGHN                 TRUSTEE                                          89.60
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 1,120.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                1,030.40
TRUSTEE COMPENSATION                             89.60
DEBTOR REFUND                                     .00
                      --------------     --------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 24130 YVONNE ROBINSON
```

```
TOTALS                                 1,120.00              1,120.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 08/26/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE